

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| DARRIN MARIE YEAGER, | § | No. 08-24-00396-CR |
| Appellant, | § | Appeal from the |
| v. | § | 346th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20170D00968) |
|  | § |  |
|  | § |  |

## MEMORANDUM OPINION

This appeal is before the Court on Appellant's voluntary motion to dismiss the appeal. *See* Tex. R. App. P. 42.2(a) (governing voluntary dismissal of appeals in criminal cases). Appellant represents in the motion that she no longer wishes to pursue this appeal. The motion is signed by Appellant and her counsel. We have not issued an opinion in this case. Accordingly, we grant the motion to dismiss and dismiss the appeal. *See* Tex. R. App. P. 42.2(a).

                                    GINA M. PALAFOX, Justice

April 25,2025

Before Salas Mendoza, C.J., Palafox and Soto, JJ.

(Do Not Publish)